UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KEVIN R. TAYLOR,  §<br>　　Plaintiff, §<br>　　　　　　　　　　　　　§<br>v. 　　　　　　　　　　　§<br>　　　　　　　　　　　　　§<br>MICHAEL J. ASTRUE, §<br>Commissioner of Social Security §<br>　　Defendant. §  | Civil Action No. 4:10-CV-00099 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 16, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss (Dkt. 14) be GRANTED and that Plaintiff's claims here be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is, therefore,

Defendant's Motion to Dismiss (Dkt. 14) is GRANTED, and Plaintiff's claims here shall be dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this the 1st day of July, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE